1  **BURSOR & FISHER, P.A.**
2  Neal J. Deckant (State Bar No. 322946)
   Julia K. Venditti (State Bar No. 332688)
3  1990 North California Boulevard, Suite 940
4  Walnut Creek, CA  94596
   Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
6  E-Mail: ndeckant@bursor.com
           jvenditti@bursor.com
7
8  **BURSOR & FISHER, P.A.**
   Frederick J. Klorczyk III (State Bar No. 320783)
9  888 Seventh Avenue
10 New York, NY  10019
   Telephone: (646) 837-7150
11 Facsimile: (212) 989-9163
12 E-Mail: fklorczyk@bursor.com

13 *Attorneys for Plaintiff*
14
15                 UNITED STATES DISTRICT COURT
16
17                SOUTHERN DISTRICT OF CALIFORNIA
18

| PSALM POLLOCK, individually and on behalf of all others similarly situated, | CASE NO.: 3:23-cv-00602-L-BLM |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| VIMEO.COM, INC., | |
| Defendant. | |

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Psalm Pollock voluntarily dismisses this action without prejudice in her individual capacity.

Dated: June 1, 2023              Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Neal J. Deckant*

Neal J. Deckant (State Bar No. 322946)
Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
           jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: fklorczyk@bursor.com

*Attorneys for Plaintiff*